# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0238. THE STATE v. EUGENE HUNTER.

Eugene Hunter was charged with simple battery and disorderly conduct. The trial court thereafter placed the case on the dead docket, and the State filed this appeal. We, however, lack jurisdiction.

In criminal cases, the State is permitted to take appeals only to the extent expressly authorized by OCGA § 5-7-1. See *State v. Andrade*, 298 Ga. 464, 464 (782 SE2d 665) (2016). Here, the State purports to bring this appeal pursuant to OCGA § 5-7-1 (a) (1), which permits an appeal "[f]rom an order, decision, or judgment setting aside or dismissing any indictment, accusation, or a petition alleging that a child has committed a delinquent act, or any count thereof[.]" But "the trial court's order placing the case on the court's dead docket was not a dismissal . . . from which the State could bring an appeal under OCGA § 5-7-1 (a) (1)." *State v. Creel*, 216 Ga. App. 394, 395 (454 SE2d 804) (1995). Accordingly, this appeal is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/15/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.